**MEMO ENDORSED**

# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

January 19, 2023

> Deft's request to file interim vouchers is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 30.
> Dated: White Plains, NY
> January 20, 2023

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

SO ORDERED:

/s/ Hon. Nelson S. Roman
UNITED STATES DISTRICT JUDGE

Re: *United States v Phyo Hein Htut,* 22 Cr. 671 (NSR)

Your Honor:

I represent Phyo Hein Htut in the referenced case and am submitting this letter to request permission to file interim vouchers. There are a number of reasons for this request.

First, I have represented Mr. Htut and been working on his case since November, 2021. In addition, because I am a sole practitioner, it will be a hardship to delay submitting vouchers until the conclusion of this case, which is at least several months away.

Accordingly, I ask the Court to grant me permission to file interim vouchers.

Respectfully submitted,

/s/
James E. Neuman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2023