```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

Phyo Hein Htut,

                Defendant.

7:22 Cr 671 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of Defendant's request for Rule 15 deposition of two fact witnesses. Defendant is directed to make this request as a letter motion on notice to the Government.

SO ORDERED.

Dated: March 14, 2023
White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE