# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

August 24, 2023

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *United States v Htut,* 22 Cr. 671 (NSR)

Your Honor:

      The purpose of this letter is to inform the Court that the defense will not be filing post-trial motions, and to ask that the sentencing date be rescheduled to an earlier date  As you may recall, at the time the verdict was announced, we asked for 60 days to file post-verdict motions.  This Court then set forth a schedule indicating, *inter alia,* that the defense motions would be due by September 21, 2023, and that sentencing would occur on March 14, 2024.  Presumably, the sentencing date was meant to accommodate the filing of the post-trial motions and all related papers.

      Since we have decided not to file post-trial motions, however, we ask that the sentencing date be re-scheduled to occur as early as is convenient for this Court, keeping in mind the usual time required for the Probation Department to prepare a pre-sentence investigation report.

      Respectfully submitted,

        /s/
      James E. Neuman