UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

        - against -

PHYO HEIN HTUT,

               Defendant.

22 CR 00671-01 (NSR)

ORDER

-------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

To: U.S. Marshals Service

    It is hereby ORDERED that defendant, PHYO HEIN HTUT, Reg # 58850-509, sentenced to time served, be released from custody. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

_____
Nelson S. Román, U.S. District Judge

Dated: White Plains, NY
        February 8, 2024