USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/19/2026

**Memorandum Endorsement**
7:22-cr-671-NSR-1
*USA v. Htut*

MEMO ENDORSED

The Court is in receipt of Defendant's *pro se* motion to compel production and certification of records. Because Defendant is represented by counsel, the Court declines to consider his *pro se* submission. A criminal defendant has no constitutional right to hybrid representation. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984); *Ennis v. LeFevre*, 560 F.2d 1072, 1075 (2d Cir. 1977). The motion is therefore DENIED without prejudice to renewal through counsel.

Defendant is advised, however, that no motion is required to obtain publicly available records. Copies of publicly filed documents in this action, including certified copies, may be obtained by submitting a written request to the Clerk's Office (mailing address: United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, Attn: Records Department) and paying the applicable fee. Transcripts of electronically recorded proceedings may be requested by submitting the Court's "Request for the Production of a Transcript from an Electronic Recording" form, attached hereto, to etranscripts@nysd.uscourts.gov, or by mailing the form to the Clerk's Office at the above address; the requester is invoiced directly by the transcriber. The transcript of Defendant's August 6, 2021 initial appearance is already publicly available at No. 21-mj-7760, ECF No. 27. Any request for sealed materials or grand jury records must be made by motion through counsel.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 115.

SO ORDERED.

Dated: November 19, 2026
White Plains, NY

Nelson S. Román, U.S. District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Submit only one date per completed request form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be e-mailed to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Name | |
|---|---|

| CASE NUMBER | DATE OF THE HEARING | JUDGE PRESIDING OVER HEARING |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 (Expedited) | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL